UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NANCY GEORGE, ROBERT GEORGE AND
RANDALL WHITMAN, individually and on
behalf of all others similarly situated,

        Plaintiffs,

vs.

CHINA AUTOMOTIVE SYSTEMS, INC.,
HANLIN CHEN, QIZHOU WU, and
SCHWARTZ LEVITSKY FELDMAN LLP,

        Defendants.
-----------------------------------------------------------x

Civil Action No. 11-cv-7533 (KBF)

ECF CASE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 28 2014
```

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, all claims asserted by Plaintiffs Dennis Kuzmick, Nancy George, Robert George, and Randall Whitman against Schwartz Levitsky Feldman LLP shall be dismissed with prejudice. This stipulation is without prejudice to, and does not dismiss, any claim against any other party.

Dated: July ___, 2014

POMERANTZ LLP

By: _____
    Jeremy A. Lieberman

*Attorneys for Plaintiffs*

GIBSON DUNN & CRUTCHER LLP

By: _____
    Lee G. Dunst

*Attorneys for Schwartz Levitsky Feldman LLP*

So ordered.

K. B. F____
7/28/14   USDJ